# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 3, 2013

No. 10-51159
Summary Calendar

Lyle W. Cayce
Clerk

RICARDO CARDENAS-ROMO,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, RCDC III; BUREAU OF PRISONS; U.S. ATTORNEY GENERAL,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:10-CV-96

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Ricardo Cardenas-Romo, former federal prisoner # 23653-208, appeals the denial of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses. As Cardenas-Romo has been released from Bureau of Prisons custody, we grant Respondents' motion to dismiss the appeal as moot. *See Calderon v. Moore*, 518 U.S. 149, 150 (1996).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Respondents' alternative motion for an extension of time to file a brief is denied as unnecessary.

MOTION TO DISMISS GRANTED; APPEAL DISMISSED; MOTION FOR AN EXTENSION OF TIME DENIED.